IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>COLIN B. JOHNSON, *et al.*<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:16-cv-00424<br>§<br>§<br>§ |

### CONSENT JUDGMENT and ORDER DISBURSING FUNDS

Upon consideration of the Defendants' Joint Motion for entry of Consent Judgment (ECF No. 24), it is hereby ORDERED that the proceeds on deposit in the Registry of the Court shall be distributed as follows:

1. $ 14.000.00 to defendant Eliot L. Johnson, 409 Lexington Drive, Silver Spring, Maryland 20901.

2. $24,694.63 to defendant Colin B. Johnson, c/o Jerry L. Hunter. Esq., Roundtree, Knox, Hunter, 1822 -11th Street, N.W., Washington, D.C. 20001.

3. The percentage of interest to be distributed to each defendant is .36180% to Eliot L. Johnson and .63819% to Colin B. Johnson.

Because this disbursement resolves the dispute between the defendants and in light of the prior dismissal of interpleader Plaintiff Metropolitan Life Insurance Company, this action is hereby dismissed with prejudice.

The Clerk of the Court shall mail a copy of this order to:

> **ELIOT L. JOHNSON**
> 409 Lexington Drive
> Silver Spring, MD 20901

Date:  November 26, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge